COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00858-CR |
| Style: | Thurston Rickey-Lee Davis v. The State of Texas |
| Date motion filed*: | January 11, 2018 |
| Type of motion: | Second Motion to Extend Time to File Appellant's Brief |
| Party filing motion: | Appellant's new counsel Garrick A. Farria, Esq. |
| Document to be filed: | Notice of Designation of New Lead Counsel/Motion for Substitution of Counsel |

Is appeal accelerated?    No.

If motion to extend time:

| | |
|---|---|
| Original due date: | November 29, 2018 |
| Number of extensions granted: | 1    Current Due Date:  January 16, 2019 |
| Date Requested: | March 16, 2019 (107 days from original deadline) |

Ordered that motion is:

☑ Granted, in part

    If document is to be filed, document due:  February 15, 2019.

    ☒ **No further extensions of time will be granted absent extraordinary circumstances.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Appellant's new counsel's first extension request is **granted, in part, for 30 days, but no further extensions will be granted absent extraordinary circumstances** given the total length of the requests.  Although counsel filed a notice of appearance, Garrick A. Farria is **ordered** to file a notice of designation of new lead counsel signed by appointed counsel Natalie Schultz or, if Schultz requests withdrawal, a motion for substitution of counsel within 10 days of this Order.  *See* TEX. R. APP. P. 6.1(c), 6.5(d).

Judge's signature: ____/s/ Evelyn V. Keyes_____

                    x  Acting individually      ☐  Acting for the Court

Date: ___January 17, 2019_____